**Vernon J. TATUM, Jr., Plaintiff–Appellant,**

v.

**Dale N. ATKINS, Clerk of Civil District Court for the Parish of Orleans, State of Louisiana; Unidentified Parties, Defendants–Appellees.**

No. 03–30805.

Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Vernon J. Tatum, Jr., New Orleans, LA, pro se.

John Wensles Parra, Jr., Law Offices of T. Gerald Hanlon, Jr., New Orleans, LA, Defendant–Appellee.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Vernon J. Tatum, Jr. ("Tatum"), appeals the district court's grant of summary judgment to Dale N. Atkins ("Atkins"), the Clerk of the Civil District Court for Orleans Parish, Louisiana, in his civil action. Tatum argues that he was not properly served with Atkins' motion for summary judgment and the notice of a hearing on that motion because the motion and notice were "other process" that had to be served on him personally pursuant to FED. R. CIV. P. 4.1(a).

The relevant definition of "process" is "[a] summons or writ, esp. to appear or respond in court." Black's Law Dictionary, 1222 (7th ed.1999). The motion and notice in this case were not process. *See id.* Rather, the motion and notice were a "written motion" and a "written notice" that were allowed to be served upon Tatum by mailing a copy to his last known address. *See* FED. R. CIV. P. 5(a) & (b)(2)(B). This appeal is frivolous and we dismiss it as such. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. Tatum is WARNED that sanctions may be imposed if he files frivolous appeals in the future.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.